# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2501

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Daniel Villalobos-Delgado, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 18, 2006
Filed: April 19, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Daniel Villalobos-Delgado appeals the 120-month prison sentence the district court[*] imposed after Villalobos-Delgado pleaded guilty to a drug-conspiracy charge. On appeal, counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), in which counsel raises a challenge to the sentence imposed.

_____

[*]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

The sentencing challenge fails, because in his plea agreement Villalobos-Delgado specifically agreed to receive a sentence of 120 months imprisonment. <u>See United States v. Nguyen</u>, 46 F.3d 781, 783 (8th Cir. 1995) (defendant who explicitly and voluntarily exposes himself to specific sentence may not challenge that punishment on appeal).

We have carefully reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues. Accordingly, we affirm the district court's judgment, and we grant counsel leave to withdraw.

_____